Slip Op. 15-99

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DONGBU STEEL CO., LTD.,<br><br>    Plaintiff,<br><br>and<br><br>UNION STEEL MANUFACTURING CO., LTD.,<br><br>    Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>NUCOR CORPORATION,<br><br>    Defendant-Intervenor. | **Before: Claire R. Kelly, Judge**<br><br>**Consol. Court No. 14-00098** |

## JUDGMENT

The U.S. Department of Commerce has filed its Final Results of Redetermination Pursuant to Court Remand (July 27, 2015) ("Remand Results"), ECF No. 51, pursuant to Dongbu Steel Co. v. United States, 39 CIT __, Slip. Op. 15-43 (May 5, 2015) ("Dongbu"), ECF No. 48. Given that the Remand Results comply with the court's remand order and that no party contests the Remand Results, it is hereby

**ORDERED** that the Remand Results are sustained; and it is further

**ORDERED** that the subject entries enjoined in this action, see Dongbu, Consol. Court No. 14-00098 (USCIT Apr. 15, 2014) (order granting consent motion for preliminary

injunction), ECF No. 10, must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012).

      /s/ Claire R. Kelly
    Claire R. Kelly, Judge

Dated: August 31, 2015
      New York, New York